UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE SPECTRUM CAPITAL GROUP, LLC<br><br>Plaintiff,<br><br>v.<br><br>LUCOR, INC.<br>Defendant. | ) | CA 07 075 ML<br><br>C.A. No. |

**COMPLAINT**

Plaintiff The Spectrum Capital Group, LLC ("Spectrum") hereby states as follows by and for its Complaint against Defendant Lucor, Inc. ("Defendant").

**Nature of the Action**

1. This is a breach of contract action brought by Spectrum against Defendant to recover payment due to Spectrum under an Agreement ("Agreement") entered into by the parties, pursuant to which Defendant retained Spectrum to act as its financial advisor in connection with certain matters.

**Parties, Jurisdiction, and Venue**

2. Plaintiff Spectrum is incorporated under the laws of Delaware and has its principal place of business in Rhode Island.

3. Defendant Lucor is incorporated under the laws of Florida and has its principal place of business in North Carolina.

4. Spectrum, a Delaware corporation with its principal place of business in Rhode Island, is seeking damages from the Defendant in excess of $75,000, exclusive of interests and costs. Defendant Lucor is a Florida corporation with its principal place of business in North

Carolina. Accordingly, this court has jurisdiction over this action on the basis of diversity of citizenship pursuant to 28 U.S.C. § 1332.

5. Venue in this court is proper based on the fact that a substantial part of the events giving rise to this action occurred in this District. See 28 U.S.C. § 1391(a).

**Factual Allegations**

6. On August 1, 2004, Spectrum and Defendant entered into an Agreement whereby Spectrum agreed to act as Defendant's investment banker and financial advisor in connection with the restructuring of certain of Defendant's indebtedness being serviced by GMAC Commercial Mortgage ("GMAC").

7. Pursuant to the Agreement, in exchange for Spectrum's services, Defendant agreed to pay Spectrum a monthly fee ("Monthly Fee") of $25,000 for the first six months and $15,000 each month thereafter.

8. In addition, Defendant agreed to pay Spectrum an additional restructuring or reorganization fee ("Reorganization Fee") of $750,000 if Defendant completed an out-of-court restructuring of its indebtedness being serviced by GMAC. The Agreement further provided that any Monthly Fees paid by Defendant to Spectrum after the first anniversary of the Agreement would be applied as a credit to any Reorganization Fee that may become due to Spectrum.

9. Spectrum has fully performed all of its obligations under the Agreement and, from August 2004 through December 2006, Defendant made monthly payments to Spectrum as set forth in the Agreement.

10. In or around January 2007, the reorganization and restructuring of Defendant's indebtedness being serviced by GMAC was completed. This out-of-court restructuring of

Defendant's debt triggered the Reorganization Fee owed by Defendant to Spectrum under the Agreement.

11. On or around February 15, 2007, Spectrum sent Defendant an invoice seeking payment of a $495,000 Reorganization Fee. This amount represents the $750,000 Reorganization Fee provided for in the Agreement, less a credit for the Monthly Fees that Defendant had paid to Spectrum following the first anniversary of the Agreement.

12. Despite demand, Defendant has refused to pay the Reorganization Fee owed to Spectrum under the Agreement.

13. Pursuant to Section 5 and Exhibit A of the parties' Agreement, Defendant is obligated to indemnify and reimburse Spectrum for its costs, including attorneys' fees, of enforcing its right to payment of the Reorganization Fee.

**Count I**
**(Breach of Contract)**

14. Spectrum realleges the allegations set forth in Paragraphs 1 through 13 as if set forth herein.

15. Defendant, in return for valuable consideration, agreed to make certain payments to Spectrum as set forth in the Agreement, including a Reorganization Fee.

16. Defendant breached the Agreement by failing to pay the Reorganization Fee required by the Agreement.

17. Plaintiff has been damaged as a result of Defendant's breach of the Agreement.

WHEREFORE, Plaintiff The Spectrum Capital Group, hereby demands a judgment in its favor, and against the Defendant, and requests the following relief:

(a) Compensatory damages in an amount to be proven at trial;

(b) Prejudgment interest;

(c) The Plaintiff's attorneys' fees and costs; and

(d) Any and all further relief which this Court deems just and proper under the circumstances.

**PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY.**

Dated: February 27, 2007

THE SPECTRUM CAPITAL GROUP, LLC

By its Attorneys,

Heather A. Pierce

Heather A. Pierce (#7345)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
hpierce@eapdlaw.com

Of Counsel:
Steven M. Cowley
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0100
(617) 227-4420 (Fax)
scowley@eapdlaw.com

February 27, 2007