AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF RHODE ISLAND

THE SPECTRUM CAPITAL GROUP, LLC

v.

LUCOR, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 07 075ML

TO: (Name and address of defendant)

NATIONAL CORPORATE RESEARCH, LTD., INC.
Registered Agent for LUCOR, INC.
515 E. Park Avenue
Tallahassee, FL 32301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Heather A. Pierce
Edwards Angell Palmer & Doge, LLP
2800 Financial Plaza
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE 2-27-07

Case #CA07-075ML

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE 02/28/2007 3:49 PM

NAME OF SERVER *(PRINT)* Chris J. Colson

TITLE Certified Process Server #142 2nd Judicial Circuit of FL, Leon Co.

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 515 E. Park Ave., Tallahassee, FL
By Serving: National Corporate Research, Ltd., Inc. as Registered Agent of Lucor, Inc.
c/o Cristal Harris, Registered-Agent Coordinator.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Return unexecuted:

[ ] Other *(specify)*:

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $65.00 | $65.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 03/01/2007
*Date*

*Signature of Server*

*Address*

**www.CapitalAreaProcess.com**
**Capital Area Process Service**
*Tallahassee's Premier Agency*
**1212 Tung Hill Drive**
**Tallahassee, FL 32317-9545**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.