UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE SPECTRUM CAPITAL GROUP, LLC<br><br>Plaintiff,<br><br>v.<br><br>LUCOR, INC.<br><br>Defendant. | C.A. No.: 07-075 ML |

**STIPULATION**

It is hereby stipulated and agreed by and between the undersigned that Defendant, Lucor, Inc., shall have to and including April 9, 2007 to respond to the Complaint.

THE SPECTRUM CAPITAL GROUP, LLC
GROUP, LLC

By Its Attorneys,

/s/ Heather A. Pierce
Heather A. Pierce (#7345)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
401-274-9200
401-276-6611 (Fax)
Date: March 16, 2007

LUCOR, INC,

By Its Attorneys,

/s/ Charles S. Beal
Charles S. Beal (#5559)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, RI 02903
401-331-5700
401-331-5787 (fax)
Date: March 16, 2007

CERTIFICATION

The undersigned hereby certifies that on the 16th day of March, 2007, a copy of the foregoing was filed through the ECF system, and was served **electronically** to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

| | |
|---|---|
| Heather A. Pierce (#7345)<br>Edwards Angell Palmer & dodge, LLP<br>2800 Financial Plaza<br>Providence, RI 02903<br>401-274-9200<br>401-276-6611 (fax) | Steven M. Cowley<br>Edwards Angell Palmer & dodge, LLP<br>111 Huntington Avenue<br>Boston, MA 02199-7613<br>617-239-0100<br>617-227-4420 (fax) |
| | |

/s/ Charles S. Beal

G:\csb\Lucor\Stipulation.doc