UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE SPECTRUM CAPITAL GROUP, LLC<br>Plaintiff,<br>v.<br>LUCOR, INC.<br>Defendant. | C.A. No.: 07-075 ML |

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant, Lucor, Inc., hereby moves that Denise Smith Cline be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

LUCOR, INC.,

By Its Attorneys,

/s/ Charles S. Beal
Charles S. Beal (#5559)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, RI 02903
401-331-5700
401-331-5787 (fax)

Date: April 9, 2007

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of North Carolina, the Federal District Court of North Carolina and the Fourth Circuit Court of Appeals, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Denise Smith Cline N.C. State Bar No. 10837
SMITH MOORE LLP
P.O. Box 27525
Raleigh, North Carolina 27611
Telephone: (919) 755-8734
Facsimile: (919) 838-3122

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Charles S. Beal

Charles S. Beal (#5559)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, RI 02903
401-331-5700
401-331-5787 (fax)
Date: April 9, 2007

**ORDER**

This motion is hereby ______________________________________________

______________________________
District Judge

Date:______________

CERTIFICATION

The undersigned hereby certifies that on the 9th day of April, 2007, a copy of the foregoing was filed through the ECF system, and was served **electronically** to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

Heather A. Pierce (#7345)
Edwards Angell Palmer & dodge, LLP
2800 Financial Plaza
Providence, RI 02903
401-274-9200
401-276-6611 (fax)

Steven M. Cowley
Edwards Angell Palmer & dodge, LLP
111 Huntington Avenue
Boston, MA 02199-7613
617-239-0100
617-227-4420 (fax)

/s/ Charles S. Beal