IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
C.A. No. 07-075

THE SPECTRUM CAPITAL GROUP, LLC

Plaintiff,

v.

LUCOR, INC.

Defendant.

**AFFIDAVIT OF MICHAEL D. DAVIS**

NOW COMES Michael D. Davis, who, being first duly sworn, deposes and says:

1. I am a citizen and resident of Wake County, residing at 3007 New Yarmouth Way, Apex, North Carolina.

2. I am over the age of eighteen (18) and am otherwise competent to testify to the matters set forth herein.

3. I am Vice President for the defendant Lucor, Inc. ("Lucor"), a position that I have held since September 30, 2006. I am Vice President, Administration for Carolina Lubes, Inc., a wholly owned subsidiary of Lucor, Inc. a position that I have held since July 28, 1998.

4. As the Vice President for Lucor, and as Vice President, Administration for Carolina Lubes, Inc., I have personal knowledge and information regarding Lucor's operations, structure, and management. In addition, I have personal knowledge and information regarding a certain agreement entered into on or about August 1, 2004, pursuant to which The Spectrum Capital Group, LLC ("Spectrum") was to provide certain financial services in connection with restructuring of Lucor's indebtedness being serviced by GMAC Commercial Mortgage ("Agreement"). A true and accurate copy of the Agreement is attached hereto as Exhibit A.

5. On August 1, 2004 and at all times since, Lucor was and is a Florida corporation with its principal place of business in North Carolina.

6. Lucor, through its various operating subsidiaries, is a franchisee of Jiffy Lube International, Inc. and operates 186 Jiffy Lube stores in several states. Lucor does not own, operate, or otherwise have any connection with any Jiffy Lube store locations in Rhode Island.

7. Lucor does not have any agents, officers, or employees located in Rhode Island. Lucor is not registered to do business in Rhode Island and does not file any reports with any Rhode Island governmental agency.

8. Lucor does not maintain a Rhode Island office or telephone number, does not advertise or solicit business in Rhode Island, and does not provide any services in Rhode Island.

9. In connection with negotiations leading to the execution of the Agreement, Lederman sent an engagement letter to Lucor's offices in Raleigh, North Carolina.

10. Lucor entered into the Agreement with Spectrum on or about August 1, 2004 when both parties signed the Agreement in Lucor's offices in Raleigh. Lucor contracted with Spectrum for Spectrum to provide investment banking and financial advice in connection with the restructuring of certain debt services by GMAC Commercial Mortgage. These services were to be provided and directed to Lucor at its principal business location in Raleigh, North Carolina.

11. In connection with the Agreement, no Lucor officer, agent, or employee ever traveled to Rhode Island to conduct business, receive services or advice, or otherwise interact with Spectrum. Instead, Spectrum or its employees were required to travel to North Carolina or Georgia to perform services for Lucor.

12. All meetings related to the Agreement or the services provided under the Agreement took place in either Raleigh, North Carolina or Atlanta, Georgia or, on one occasion, in Texas.

13. Most communications to Spectrum in Rhode Island were at the request of or initiated by Michael Lederman or other Spectrum employees, agents or representatives.

14. The Agreement expressly provided that it would be construed in accordance with and governed by North Carolina, not Rhode Island, law.

15. In short, Lucor neither purposefully made or initiated any connection or contact with Rhode Island, nor engaged in activities that led its officers or representatives to conclude that it would be subject to jurisdiction there. None of Lucor's communications with Lederman or other Spectrum employees were directed towards Lucor conducting business in Rhode Island, but instead related to Spectrum's provision of services to Lucor in North Carolina and Georgia.

FURTHER THE AFFIANT SAYETH NOT.

This the 5th day of April, 2007.

Michael D. Davis

STATE OF NORTH CAROLINA

COUNTY OF WAKE

Sworn to and subscribed before me this day by Michael D. Davis.

Date: April 5, 2007

Cherie L. Cunningham
Signature of Notary Public

Cherie L. Cunningham, Notary Public
Typed/Printed Name

[Official Seal]

My Commission expires: December 27, 2010

CHERIE L. CUNNINGHAM NOTARY ☆☆☆ PUBLIC WAKE COUNTY, N.C.

## CERTIFICATION

The undersigned hereby certifies that on the 9th day of April, 2007, a copy of the foregoing was filed through the ECF system, and was served **electronically** to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

Heather A. Pierce (#7345)
Edwards Angell Palmer & dodge, LLP
2800 Financial Plaza
Providence, RI 02903
401-274-9200
401-276-6611 (fax)

Steven M. Cowley
Edwards Angell Palmer & dodge, LLP
111 Huntington Avenue
Boston, MA 02199-7613
617-239-0100
617-227-4420 (fax)

/s/ Charles S. Beal