UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE SPECTRUM CAPITAL GROUP, LLC<br><br>Plaintiff,<br><br>v.<br><br>LUCOR, INC.<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-075ML |

**ASSENTED TO MOTION TO EXTEND TIME TO FILE REPLY MEMORANDUM**

Plaintiff The Spectrum Capital Group, LLC ("Plaintiff") hereby moves to extend the deadline to file its reply to Defendant Lucor, Inc.'s ("Defendant") Motion to Dismiss or, in the Alternative, to Transfer, up to and including May 7, 2007. The reason for this extension is that Defendant intends to file supplementary materials in support of its Motion. Plaintiff respectfully submits that counsel for Defendant has assented to this extension of time.

THE SPECTRUM CAPITAL GROUP, LLC

By its Attorneys,

/s/ Heather A. Pierce

Heather A. Pierce (#7345)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
hpierce@eapdlaw.com

and

Steven M. Cowley (*pro hac vice*)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0100
(617) 227-4420 (Fax)
scowley@eapdlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25th, 2007, I caused a true and accurate copy of the foregoing document to be served electronically on the following counsel of record:

Charles S. Beal
Cameron & Mittleman
56 Exchange Terrace
Providence, RI 02903
cbeal@cm-law.com

/s/ Heather A. Pierce