IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
C.A. No. 07-075

| | |
|---|---|
| THE SPECTRUM CAPITAL GROUP, LLC<br><br>Plaintiff,<br><br>v.<br><br>LUCOR, INC.<br><br>Defendant. | **SUPPLEMENTAL AFFIDAVIT OF STEPHEN P. CONWAY** |

NOW COMES Stephen P. Conway who, being first duly sworn, deposes and says:

1. I am a citizen and resident of Wake County, residing at 7210 Ebenezer Church, Raleigh, North Carolina.

2. I am over the age of eighteen (18) and am otherwise competent to testify to the matters set forth herein.

3. I am Chief Executive Officer for the defendant Lucor, Inc. ("Lucor"), a position that I have held since 1990.

4. I executed an affidavit dated April 6, 2007, in support of Lucor's Motion to Dismiss. In Paragraph 4 of that affidavit, I stated that Lucor entered into the Agreement between the Plaintiff The Spectrum Capital Group, LLC ("Spectrum") "on or about August 1, 2004, when both Mr. Lederman and I signed the agreement in Lucor's Raleigh, North Carolina office."

5. Counsel for Spectrum Heather Pierce has provided Lucor's counsel with copies of emails from Mr. Lederman to me that appear to be dated August 4 and 5, 2004, regarding the execution of the Agreement, along with a letter requesting clarification of Lucor's affidavits. A copy of the letter and attached emails is attached as Exhibit A.

6. Ms. Pierce's letter acknowledges that Mr. Lederman traveled to North Carolina to negotiate the agreement, but asserts that he has records indicating that his travel to the meeting occurred on August 2, 2004 and that the meeting itself occurred on August 3, 2004. If that meeting occurred on August 3, 2004, my earlier affidavit remains correct in that it states that the meeting occurred on or about August 1, 2004.

7. After receipt of the letter from Ms. Pierce, Lucor retrieved emails from its archives from the time period surrounding the execution of the Agreement. Those emails indicate that communications between Spectrum and Lucor began on approximately June 16, 2004 with emails between Mr. Lederman, whose address was listed as Albuquerque, New Mexico and me in North Carolina.

8. The signature page of the final Agreement between Spectrum Capital Group, LLC and Lucor contains the following language above my signature: "Accepted and Agreed to as of [t]he day first written above." That day, which appears on the first page of the Agreement, is August 1, 2004. That language also provides support for my statement that the execution occurred on or about August 1, 2004.

9. In one of the attached emails apparently dated August 4, 2004, Mr. Lederman refers to the meeting he attended in Raleigh the day before and notes *"[t]hat was a good meeting yesterday* and I enjoyed meeting you." (Emphasis added.) The email also says "I have attached the engagement letter ***with the changes we discussed.***"(Emphasis added.)

10. Significantly, that August 4, 2004 email from Mr. Lederman of Spectrum continues to list Spectrum's address as Albuquerque, New Mexico.

11. I distinctly remember reviewing the terms of the engagement letter with Mr. Lederman in my office in Raleigh on or around August 1, 2004. At that meeting we went

through the Agreement he had brought with him to the meeting, made certain changes and reached a meeting of the minds.

12. I recall Mr. Lederman making written alterations on the Agreement he had presented for execution while he was sitting in my office. When I signed my original affidavit, my recollection was that both Mr. Lederman and I also executed the Agreement in my office at that meeting. If the body of the Agreement reflecting our agreed-upon changes from that meeting was forwarded for final execution on the following day as the August 4 email suggests, the fact remains that Mr. Lederman and I made essential written changes to the Agreement and reached an agreement while present together in Lucor's office.

13. The email dated August 5, 2004 apparently relates to very minor changes made to the Agreement after execution. No negotiations relating the essential terms of the Agreement occurred after the meeting in Raleigh.

FURTHER THE AFFIANT SAYETH NOT.

This the 26 day of April, 2007.

Stephen P. Conway

STATE OF NORTH CAROLINA

COUNTY OF WAKE

Sworn to and subscribed before me this day by Stephen P. Conway.

Date: April 26, 2007

Cherie L. Cunningham
Signature of Notary Public

Cherie L. Cunningham, Notary Public
Typed/Printed Name

[Official Seal]

My Commission expires: December 27, 2010

CHERIE L. CUNNINGHAM
NOTARY
PUBLIC
WAKE COUNTY, N.C.

# EXHIBIT A

EDWARDS ANGELL PALMER & DODGE LLP

2800 Financial Plaza Providence, RI 02903 401.274.9200 *fax* 401.276.6611 eapdlaw.com

Heather A. Pierce
401.455.7645
*fax* 401.276.6611
hpierce@eapdlaw.com

April 20, 2007

Charles S. Beal, Esq.
Cameron & Mittleman, LLP
56 Exchange Terrace
Providence, RI 02903

**Re: <u>Spectrum Capital Group, LLC v. Lucor, Inc.; C.A. No. 07-075ML</u>**

Dear Mr. Beal,

I write to express concerns that I have concerning certain representations made in Lucor's Memorandum of Law in Support of its Motion to Dismiss and accompanying Affidavits. Specifically, Lucor relies on the representation that the parties' Agreement was executed in North Carolina on August 1, 2004 at an in-person meeting at Lucor's office. Both Mr. Conway and Mr. Davis attest to this representation in their Affidavits.

The representations in your Memorandum and supporting Affidavits are troubling, because email records establish that negotiations between the parties regarding the Agreement were ongoing after August 1, 2004 and, in fact, continued until at least August 5, 2004. Specifically, I have attached two e-mails that suggest your motion papers have misrepresented this very critical point concerning the execution of the parties' Agreement. The first is an e-mail from Mr. Lederman to Mr. Conway, dated August 4, 2004, the text of which reveals that, as of that date, the Agreement was not yet signed and executed. The second is an e-mail from Mr. Conway to Mr. Lederman, dated August 5, 2004, further illustrating that negotiations regarding the Agreement were ongoing as of that date.

In addition, Mr. Lederman's records establish that he did not travel to North Carolina until August 2, 2004, and left on August 3, 2004, before the Agreement was finalized and executed. Accordingly, I believe it is appropriate to inquire what record support you relied on in making the representation to the Court that the Agreement was executed during an in-person meeting in North Carolina on August 1, 2004.

EDWARDS ANGELL PALMER & DODGE LLP



As you know, we are currently preparing plaintiff's response to Lucor's Motion to Dismiss. Before I present our concerns to the Court on this issue, I would appreciate hearing from you whether your client has a good faith basis for the representations it has made. If not, and your client now reconsiders its representations, what steps will defendant take to correct the record before the Court?

I look forward to hearing from you concerning this issue at your earliest convenience.

Very truly yours,

Heather A. Pierce

Heather A. Pierce

cc: Steven Cowley, Esq.

**From:** Mike Lederman
**Sent:** Wednesday, August 04, 2004 7:30 AM
**To:** Steve.Conway@TeamLucor.com
**Cc:** Joe Sands
**Subject:** Lucor

Steve --

That was a good meeting yesterday and I enjoyed meeting you.

I've attached the engagement letter with the changes we discussed. If you would return two executed copies to me via FedEx together with the August retainer, I'll return a signed copy to you and we'll get going together in earnest.

In that regard, please let Ken know that I'll be introducing him by telephone to my partner, Joe Sands, this week to begin the re-underwriting/analytical part of the process.

Talk to you soon.

Michael G. Lederman
Managing Partner
The Spectrum Capital Group, LLC
320 Gold SW
Albuquerque, NM 87102
v: 505.244.0244
f: 505.244.0184
c: 505.228.2628
mgl@spectrumcapitalgroup.com
www.spectrumcapitalgroup.com

-----Original Message-----
From: Mike Lederman
Sent: Thursday, August 05, 2004 11:29 AM
To: 'Conway, Steve'
Subject: RE: Engagement Letter

Sure. Just handwrite it in and initial. I'll do the same on the copy I send back to you.

Michael G. Lederman
Managing Partner
The Spectrum Capital Group, LLC
471 Hope Street
Bristol, Rhode Island 02809
v: 401.396.9777
f: 401.396.9781
c: 505.228.2628
mgl@spectrumcapitalgroup.com
www.spectrumcapitalgroup.com

-----Original Message-----
From: Conway, Steve [mailto:Steve.Conway@TeamLucor.com]
Sent: Thursday, August 05, 2004 11:10 AM
To: Mike Lederman
Subject: Engagement Letter

Mike, One word added if Ok with you. Another "material" in Para 3. Let me know if that is OK ?

Stephen P. Conway
CEO
Lucor, Inc.
Phone: (919) 828-9511 ext. 329
Facsimile: (919) 828-4847

> Note: This communication, including attachments, is for the exclusive
> use of addressee and may contain proprietary, confidential or
> privileged information. If you are not the intended recipient, any
> use, copying, disclosure, dissemination or distribution is strictly
> prohibited. If you are not the intended recipient, please notify the
> sender immediately by return email and delete this communication and
destroy all copies.
> <<Lucor Engagement Letter.doc>>
>
>
>
>