IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
C.A. No. 07-075

| | |
|---|---|
| THE SPECTRUM CAPITAL GROUP, LLC<br><br>Plaintiff,<br><br>v.<br><br>LUCOR, INC.<br><br>Defendant. | **SUPPLEMENTAL AFFIDAVIT OF MICHAEL D. DAVIS** |

NOW COMES Michael D. Davis, who, being first duly sworn, deposes and says:

1. I am a citizen and resident of Wake County, residing at 3007 New Yarmouth Way, Apex, North Carolina.

2. I am over the age of eighteen (18) and am otherwise competent to testify to the matters set forth herein.

3. I am Vice President for the defendant Lucor, Inc. ("Lucor"), a position that I have held since September 30, 2006. I am Vice President, Administration for Carolina Lubes, Inc., a wholly owned subsidiary of Lucor, Inc., a position that I have held since July 28, 1998.

4. As the Vice President for Lucor and as Vice President, Administration for Carolina Lubes, Inc., I completed an affidavit dated April 5, 2007 in support of Lucor's Motion to Dismiss or in the Alternative, To Transfer.

5. In my Affidavit, I discussed the circumstances surrounding Lucor's negotiation and entry into an Agreement with the Plaintiff, The Spectrum Capital Group, LLC ("Spectrum"), which is the subject of this lawsuit. In the Affidavit, I stated that Lucor "entered into the Agreement with Spectrum on or about August 1, 2004 when both parties signed the Agreement in Lucor's offices in Raleigh." At the time I made that statement, I knew that a meeting had

occurred in Lucor's offices between Mr. Steven Conway, the Chief Executive Officer of Lucor, and Mr. Steve Lederman of Spectrum.

6. I knew that that Mr. Lederman had flown to Lucor's offices North Carolina to discuss and finalize the terms of the Agreement. Although the meeting may have occurred on August 3, 2004 instead of August 1, 2004, the Agreement was executed effective August 1, 2004 after the parties met in Raleigh to work through and agree upon the terms of the Agreement.

7. Although I was not in the meeting between Mr. Conway and Mr. Lederman, after it concluded, I learned from Mr. Conway that an agreement between Spectrum and Lucor was reached in that meeting. I also learned that the meeting resulted in the signed Agreement that stated to be effective August 1, 2004. I defer to Mr. Conway with regard to the events of the meeting itself.

FURTHER THE AFFIANT SAYETH NOT.

This the 26th day of April, 2007.

[signature]
Michael D. Davis

STATE OF NORTH CAROLINA

COUNTY OF WAKE

Sworn to and subscribed before me this day by Michael D. Davis.

Date: April 26, 2007

Cherie L. Cunningham
Signature of Notary Public

Cherie L. Cunningham, Notary Public
Typed/Printed Name

[Official Seal] CHERIE L. CUNNINGHAM NOTARY PUBLIC WAKE COUNTY, N.C.

My Commission expires: December 27, 2010