# Exhibit A

**Conway, Steve**

**From:** Mike Lederman [MGL@spectrumcapitalgroup.com]
**Sent:** Tuesday, July 27, 2004 10:34 AM
**To:** Steve.Conway@TeamLucor.com
**Subject:** Re: Engagement

Cool. No rush. Talk to you soon.

Mike
--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Conway, Steve <Steve.Conway@TeamLucor.com>
To: Mike Lederman <MGL@spectrumcapitalgroup.com>
Sent: Tue Jul 27 10:12:38 2004
Subject: RE: Engagement

Mike, I just got back in. I will take a look and get back to you.
Steve

-----Original Message-----
From: Mike Lederman [mailto:MGL@spectrumcapitalgroup.com]
Sent: Saturday, July 24, 2004 12:29 PM
To: Steve Conway@TeamLucor.com
Cc: Joe Sands
Subject: Engagement

Steve --

Sorry for the delay getting this to you. We had some underbrush that had to be cleared but we're good to go now.

I've spoken with Tom Fitzpatrick, a litigation partner at Davis Molm in Boston, whom I'd highly recommend for the effort we are contemplating undertaking. Tom seemed to like Lucor's case and is interested in assisting. He's running a conflict check now before we provide additional information. I'd suggest we try to set up a conference call with him sometime this coming week so you can take a read on him.

I've invited my partner, Joe Sands, to join us for the meeting at your offices on August 3rd. Joe's familiarity with franchise lending and financial modeling will be helpful as we analyze the imminent default theory.

Talk to you soon.

Michael G. Lederman
Managing Partner
The Spectrum Capital Group, LLC
471 Hope Street
Bristol, Rhode Island 02809
v: 401.396.9777
f: 401.396.9781
c: 505 228 2628

mgl@spectrumcapitalgroup com
www.spectrumcapitalgroup.com

<<LucorEngLtr.doc>>