# Exhibit B

**Conway, Steve**

**From:** Mike Lederman [MGL@spectrumcapitalgroup com]
**Sent:** Monday, August 30, 2004 3:48 PM
**To:** Conway, Steve
**Cc:** Helen Follett
**Subject:** RE: Lucor

Steve --

I agree that this could be important. Consider me there.

Helen -- pls book travel.

Michael G. Lederman
Managing Partner
The Spectrum Capital Group, LLC
471 Hope Street
Bristol, Rhode Island 02809
v: 401.396.9777
f: 401.396.9781
c: 505.228.2628
mgl@spectrumcapitalgroup.com
www.spectrumcapitalgroup.com

-----Original Message-----
From: Conway, Steve [mailto:Steve.Conway@TeamLucor.com]
Sent: Monday, August 30, 2004 3:36 PM
To: Mike Lederman
Subject: RE: Lucor

Mike, We have the equity Manager and M & A manager from Shell visiting our offices on the 21th of September. I think it would be very important for you to attend if you can because it will give you a sense of what we may or maynot be able to negotiate with Shell in the restructuring. They will be arriving for dinner on the 20th and meet in the morning of the 21. Can you do it?
Steve