UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE SPECTRUM CAPITAL GROUP, LLC<br>Plaintiff,<br>v.<br>LUCOR, INC.<br>Defendant. | C.A. No.: 07-075 ML |

**DEFENDANT'S EMERGENCY MOTION TO CONTINUE SETTLEMENT CONFERENCE**

Now comes the Defendant, Lucor, Inc. ("Defendant"), and moves this Honorable Court for an Order continuing the settlement conference presently scheduled before Magistrate-Judge Almond for Thursday, October 24, 2007, at 2:00 p.m. As grounds for its Motion, Defendant states as follows:

1. In July, this Court scheduled a mediation of this matter before the Honorable Robert W. Lovegreen for October 24, 2007. Shortly after the mediation was noticed, counsel for plaintiff The Spectrum Capital Group, LLC ("Plaintiff") e-mailed Defendant's counsel, stating

> I was recently notified that our client is unavailable to attend a settlement conference on October 24, 2007. I spoke with Judge Lovegreen's clerk this morning, and she suggested that we reschedule the conference for October 11, 2007. She asked me to contact each of you and find out if this date is acceptable. Please let me know as soon as possible so that I can confirm the date with her.

(A copy of Plaintiff's July 31 e-mail is annexed hereto as Exhibit A.) Defendant's counsel consented to Plaintiff's request and the Mediation was rescheduled for October 11.

2. Several days before the scheduled October 11th mediation, Magistrate-Judge Lovegreen recused himself from the matter. On October 17, 2007, this Court issued a Notice

rescheduling the mediation before Magistrate-Judge Almond for October 24, 2007 at 2:00 p.m., the date for which the mediation had previously been scheduled before Magistrate-Judge Lovegreen.

3. As North Carolina counsel's secretary was on vacation the week of October 15th and counsel was absent from her office at the end of the week, North Carolina counsel did not learn of the mediation until the morning of October 22, 2007.

4. North Carolina counsel now has a longstanding commitment to present at a seminar in New York City at the precise time at which the mediation is scheduled. Additionally, it would impose a hardship for the parties with settlement authority to rearrange existing commitments and travel to and arrange for accommodations on this short amount of notice.

5. Further, the parties have been involved in ongoing settlement negotiations and have agreed to the framework of a potentially dispositive settlement. It is therefore Defendant's position that, due to the scheduling conflict and the advanced state of the settlement negotiations, it would not be an efficient use of the time and resources of the parties and the Court to go forward with the mediation as scheduled.

6. As soon as North Carolina counsel became aware of the scheduled mediation, it inquired of Plaintiff's counsel whether they would object to a brief postponement of the scheduled mediation to accommodate Defendant's counsel's schedule. Despite the fact that she had earlier requested a postponement because its client was "unavailable" on that very same date, Counsel for Plaintiff refused such request. (Copy of the parties' e-mail correspondence on this topic is annexed hereto as <u>Exhibit B</u>).

WHEREFORE, Defendant, Lucor, Inc., respectfully requests that this Court enter an Order continuing the mediation of this matter to a mutually agreeable date in early November, 2007 and granting such further relief as the Court deems just and appropriate.

LUCOR, INC.,

By Its Attorneys,

/s/ Charles S. Beal
Charles S. Beal (#5559)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, RI 02903
Telephone: (401) 331-5700
Facsimile: (401) 331-5787

Date: October 22, 2007

/s/ Denise Smith Cline
Denise Smith Cline, N.C. State Bar No. 10837
SMITH MOORE LLP
2800 Two Hannover Square (Zip 27601)
Post Office Box 27525
Raleigh, North Carolina 27611
Telephone: (919) 755-8700
Facsimile: (919) 755-8800

Date: October 22, 2007

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 22nd day of October, 2007, a copy of the foregoing was filed through the ECF system, and was served on the following recipients, as indicated below, identified as registered participants on the Notice of Electronic Filing (NEF):

VIA ECF TRANSMISSION

Heather A. Pierce, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

VIA FIRST-CLASS MAIL, POSTAGE PREPAID

Steven M. Cowley, Esq.
Edwards Angell Palmer & Dodge, LLP
111 Huntington Avenue
Boston, MA 02199-7613

/s/ Charles S. Beal

G:\csb\Lucor\mocontinue.doc