# **EXHIBIT A**

**Charles S. Beal**

**From:** Pierce, Heather [HPierce@eapdlaw.com]
**Sent:** Tuesday, July 31, 2007 10:15 AM
**To:** Charles S. Beal; Denise Cline
**Cc:** Joyce Wagner
**Subject:** Spectrum/Lucor Settlement Conference

Dear Mr. Beal and Ms. Cline,

I was recently notified that our client is unavailable to attend a settlement conference on October 24, 2007. I spoke with Judge Lovegreen's clerk this morning, and she suggested that we reschedule the conference for October 11, 2007. She asked me to contact each of you and find out if this date is acceptable. Please let me know as soon as possible so that I can confirm the date with her. If this date is not acceptable, I would appreciate any alternative suggestions.

Thank you for your attention to this matter,
Heather Pierce

**Heather A. Pierce**
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

Direct: 401.455.7645
General: 401.274.9200
Direct Fax: 866.320.0785
General Fax: 401.276.6611

hpierce@eapdlaw.com

Assistant: Cindy Dragon
Phone: 401.528.5722

www.eapdlaw.com

Boston, Ft. Lauderdale, Hartford, New York, Providence, Short Hills, Stamford, Washington DC, West Palm Beach, Wilmington, London (Representative office)

Disclosure Under IRS Circular 230: Edwards Angell Palmer & Dodge LLP informs you that any tax advice contained in this communication, including any attachments, was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax related penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE
This e-mail message from Edwards Angell Palmer & Dodge LLP is intended only for the individual or entity to which it is addressed. This e-mail may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it.