# EXHIBIT B

**Charles S. Beal**

**From:** Denise Cline [Denise.Cline@smithmoorelaw.com]
**Sent:** Monday, October 22, 2007 10:27 AM
**To:** Cowley, Steven
**Cc:** Pierce, Heather; Charles S. Beal; Davis, Mike
**Subject:** RE: Spectrum Capital v. Lucor

Steve, I learned today that the court has scheduled another mediation on October 24, 2007. Of course, given that our clients reached an agreement on most of the substantive terms of a settlement, I do not think a mediation would be a prudent use or our clients' or the court's time. Regardless, I cannot be available on that date as I have a long standing commitment to speak at a conference in NYC that afternoon. I assume you will consent to moving the date as a result of my conflict, but please let me know immediately if that is not the case. I will respond to this email shortly.
Thanks, Denise

**Charles S. Beal**

---

**From:** Pierce, Heather [HPierce@eapdlaw.com]
**Sent:** Monday, October 22, 2007 12:01 PM
**To:** Denise Cline
**Cc:** Charles S. Beal; Cowley, Steven
**Subject:** RE: Spectrum Capital v. Lucor

Hi Denise,

As I indicated to Mr. Beal when I spoke with him this morning, both Steve and our client contact are traveling until Wednesday, so I will respond to your e-mail in his absence. While the parties have reached agreement on most of the substantive terms of the settlement, there are still a few issues left unresolved. Since it is unlikely that the agreement will be finalized before the date of the conference, we feel that moving forward with the settlement conference as scheduled is in the best interest of the parties because it will allow us to get the parties together in one room and work to get the agreement documented. We feel that going forward with the settlement conference would be the most efficient way to get the settlement finalized, which is obviously in everyone's best interest. Both Steve and Spectrum are planning to return to Providence for Wednesday's conference in the hopes that we will be able to reach a final settlement agreement during that conference.
Since we truly feel that going forward with the settlement conference as scheduled is in the parties' best interests, we are planning to attend the conference on Wednesday. Please let me know if you have any further concerns.

Thanks,
Heather

---

**From:** Denise Cline [mailto:Denise.Cline@smithmoorelaw.com]
**Sent:** Monday, October 22, 2007 10:27 AM
**To:** Cowley, Steven
**Cc:** Pierce, Heather; Charles S. Beal; Davis, Mike
**Subject:** RE: Spectrum Capital v. Lucor

Steve, I learned today that the court has scheduled another mediation on October 24, 2007. Of course, given that our clients reached an agreement on most of the substantive terms of a settlement, I do not think a mediation would be a prudent use or our clients' or the court's time. Regardless, I cannot be available on that date as I have a long standing commitment to speak at a conference in NYC that afternoon. I assume you will consent to moving the date as a result of my conflict, but please let me know immediately if that is not the case. I will respond to this email shortly.
Thanks, Denise

**Charles S. Beal**

---

**From:** Denise Cline [Denise.Cline@smithmoorelaw.com]
**Sent:** Monday, October 22, 2007 12:12 PM
**To:** Pierce, Heather
**Cc:** Charles S. Beal; Cowley, Steven; Davis, Mike
**Subject:** RE: Spectrum Capital v. Lucor

Heather,
Unfortunately I have a previously scheduled commitment and cannot be in attendance, as I indicated. I also understand that there may have been a misunderstanding on the part of the clerk who sent out the notice, since prior to setting the mediation on the 11th, this date had been identified as the mediation date. We are filing a motion to continue. In the motion, shall we indicate that despite my conflict, Spectrum will not consent to moving the date?
Thanks, Denise

---

**From:** Pierce, Heather [mailto:HPierce@eapdlaw.com]
**Sent:** Monday, October 22, 2007 12:01 PM
**To:** Denise Cline
**Cc:** Charles S. Beal; Cowley, Steven
**Subject:** RE: Spectrum Capital v. Lucor

Hi Denise,

As I indicated to Mr. Beal when I spoke with him this morning, both Steve and our client contact are traveling until Wednesday, so I will respond to your e-mail in his absence. While the parties have reached agreement on most of the substantive terms of the settlement, there are still a few issues left unresolved. Since it is unlikely that the agreement will be finalized before the date of the conference, we feel that moving forward with the settlement conference as scheduled is in the best interest of the parties because it will allow us to get the parties together in one room and work to get the agreement documented. We feel that going forward with the settlement conference would be the most efficient way to get the settlement finalized, which is obviously in everyone's best interest. Both Steve and Spectrum are planning to return to Providence for Wednesday's conference in the hopes that we will be able to reach a final settlement agreement during that conference.
Since we truly feel that going forward with the settlement conference as scheduled is in the parties' best interests, we are planning to attend the conference on Wednesday. Please let me know if you have any further concerns.

Thanks,
Heather

---

**From:** Denise Cline [mailto:Denise.Cline@smithmoorelaw.com]
**Sent:** Monday, October 22, 2007 10:27 AM
**To:** Cowley, Steven
**Cc:** Pierce, Heather; Charles S. Beal; Davis, Mike
**Subject:** RE: Spectrum Capital v. Lucor

Steve, I learned today that the court has scheduled another mediation on October 24, 2007. Of course, given that our clients reached an agreement on most of the substantive terms of a settlement, I do not think a mediation would be a prudent use or our clients' or the court's time. Regardless, I cannot be available on that date as I have a long standing commitment to speak at a conference in NYC that afternoon. I assume you will consent to moving the date as a result of my conflict, but please let me know immediately if that is not the case. I will respond to this email shortly.
Thanks, Denise

---

**From:** Cowley, Steven [mailto:SCowley@eapdlaw.com]
**Sent:** Friday, October 19, 2007 4:54 PM

**Charles S. Beal**

**From:** Pierce, Heather [HPierce@eapdlaw.com]
**Sent:** Monday, October 22, 2007 1:06 PM
**To:** Denise Cline
**Cc:** Charles S. Beal; Cowley, Steven; Davis, Mike
**Subject:** RE: Spectrum Capital v. Lucor

Denise,

I apologize that we cannot agree to a continuance of the settlement conference. Although we appreciate that you may have a conflict, counsel received notice of the new settlement conference date last Tuesday, October 16, and we received no notice of this conflict until today--almost one week later (and two days before the scheduled conference). In addition, I am not sure what misunderstanding you are referring to in your e-mail below, but we are not aware of any correspondence during which you notified Magistrate Almond's clerk of this conflict.

As you are aware, the settlement conference has already been rescheduled and pushed back, and we are anxious to get this matter resolved. Since it is our understanding that Mr. Beal and your client are both available to attend the conference on Thursday (or, if not, they have also failed to notify us and the court of any conflicts in a timely manner), and since we feel that going forward with the settlement conference is in the best interests of the parties, we cannot agree to a continuance.

Best regards,
Heather

---

**From:** Denise Cline [mailto:Denise.Cline@smithmoorelaw.com]
**Sent:** Monday, October 22, 2007 12:12 PM
**To:** Pierce, Heather
**Cc:** Charles S. Beal; Cowley, Steven; Davis, Mike
**Subject:** RE: Spectrum Capital v. Lucor

Heather,
Unfortunately I have a previously scheduled commitment and cannot be in attendance, as I indicated. I also understand that there may have been a misunderstanding on the part of the clerk who sent out the notice, since prior to setting the mediation on the 11th, this date had been identified as the mediation date. We are filing a motion to continue. In the motion, shall we indicate that despite my conflict, Spectrum will not consent to moving the date?
Thanks, Denise

---

**From:** Pierce, Heather [mailto:HPierce@eapdlaw.com]
**Sent:** Monday, October 22, 2007 12:01 PM
**To:** Denise Cline
**Cc:** Charles S. Beal; Cowley, Steven
**Subject:** RE: Spectrum Capital v. Lucor

Hi Denise,

As I indicated to Mr. Beal when I spoke with him this morning, both Steve and our client contact are traveling until Wednesday, so I will respond to your e-mail in his absence. While the parties have reached agreement on most of the substantive terms of the settlement, there are still a few issues left unresolved. Since it is unlikely that the agreement will be finalized before the date of the conference, we feel that moving forward with the settlement conference as scheduled is in the best interest of the parties because it will allow us to get the parties together in one room and work to get the agreement documented. We feel that going forward with the settlement conference would be the most efficient way to get the settlement finalized, which is obviously in everyone's best interest. Both Steve and Spectrum are planning to return to Providence for Wednesday's conference in the hopes that we will be able to reach a final settlement agreement during that conference.

**Charles S. Beal**

---

**From:** Pierce, Heather [HPierce@eapdlaw.com]
**Sent:** Monday, October 22, 2007 1:22 PM
**To:** Denise Cline
**Cc:** Cowley, Steven; Charles S. Beal
**Subject:** FW: Spectrum Capital v. Lucor

Denise,

Just to follow-up on my below response, I just want to make clear that, as I have indicated to both you and Mr. Beal, our principle client representative is unavailable and, accordingly, we cannot get authorization from our client to agree to any postponement of the conference. We feel strongly that moving forward with the settlement conference is in everyone's best interest, and if you truly have a conflict that you cannot work around, it should have been raised when counsel first received notice of the settlement conference date and we could have received our client's authorization to postpone.

Best,
Heather

---

**From:** Pierce, Heather
**Sent:** Monday, October 22, 2007 1:06 PM
**To:** Denise Cline
**Cc:** Charles S. Beal; Cowley, Steven; Davis, Mike
**Subject:** RE: Spectrum Capital v. Lucor

Denise,

I apologize that we cannot agree to a continuance of the settlement conference. Although we appreciate that you may have a conflict, counsel received notice of the new settlement conference date last Tuesday, October 16, and we received no notice of this conflict until today--almost one week later (and two days before the scheduled conference). In addition, I am not sure what misunderstanding you are referring to in your e-mail below, but we are not aware of any correspondence during which you notified Magistrate Almond's clerk of this conflict.

As you are aware, the settlement conference has already been rescheduled and pushed back, and we are anxious to get this matter resolved. Since it is our understanding that Mr. Beal and your client are both available to attend the conference on Thursday (or, if not, they have also failed to notify us and the court of any conflicts in a timely manner), and since we feel that going forward with the settlement conference is in the best interests of the parties, we cannot agree to a continuance.

Best regards,
Heather

---

**From:** Denise Cline [mailto:Denise.Cline@smithmoorelaw.com]
**Sent:** Monday, October 22, 2007 12:12 PM
**To:** Pierce, Heather
**Cc:** Charles S. Beal; Cowley, Steven; Davis, Mike
**Subject:** RE: Spectrum Capital v. Lucor

Heather,
Unfortunately I have a previously scheduled commitment and cannot be in attendance, as I indicated. I also understand that there may have been a misunderstanding on the part of the clerk who sent out the notice, since prior to setting the