UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE SPECTRUM CAPITAL GROUP, LLC<br><br>Plaintiff,<br><br>v.<br><br>LUCOR, INC.,<br><br>Defendant. | ) | C.A. No. 07-075ML |

**PLAINTIFF THE SPECTRUM CAPITAL GROUP, LLC'S OPPOSITION TO DEFENDANT LUCOR, INC.'S EMERGENCY MOTION TO CONTINUE SETTLEMENT CONFERENCE**

Plaintiff The Spectrum Capital Group, LLC ("Spectrum") hereby opposes Defendant Lucor, Inc.'s ("Lucor") emergency motion to continue the settlement conference currently scheduled for Wednesday, October 24, 2007, before Magistrate Judge Almond. In support of this Opposition, Spectrum states as follows:

1. The parties received notice of the date of the settlement conference on Tuesday, October 16, 2007. Notwithstanding this notice, Lucor's counsel failed to contact Spectrum regarding any conflict until Monday, October 22, 2007, almost one week later and only two days before the settlement conference is scheduled to take place.

2. Although Lucor's North Carolina counsel, Denise Smith Cline, reports that she was absent from her office at the end of last week and did not learn of the settlement conference date until the morning of October 22, 2007, counsel for Spectrum exchanged email communications with attorney Cline on Wednesday/Thursday, October 17/18, concerning settlement negotiations between the parties. Presumably Lucor's local counsel, Charles Beal,

also was able to communicate with attorney Cline during this time period regarding the new date of the settlement conference.

3. Spectrum's principal representative, Michael Lederman, is currently traveling and was unavailable to respond to Lucor's last minute request for a postponement this afternoon.

4. Although the parties have engaged in settlement negotiations and have agreed on many of the substantive terms of a settlement, there are still many issues left unresolved. Continuing with the settlement conference as scheduled is in the parties' best interests in that it will allow the parties to finalize the settlement agreement in the most efficient way possible – getting the parties and counsel together in one room to work through the final language of an agreement.

5. In the interest of reaching a settlement in this case, Spectrum has made itself available and is ready to go forward with the settlement conference on October 24, 2007.

For these reasons, Spectrum respectfully requests that the Court deny Lucor's Emergency Motion to Continue Settlement Conference and enter an Order compelling Lucor to attend the conference as scheduled.

THE SPECTRUM CAPITAL GROUP, LLC

By its Attorneys,

/s/ Heather A. Pierce
Heather A. Pierce (#7345)
EDWARDS ANGELL PALMER &
DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
hpierce@eapdlaw.com

and

Steven M. Cowley (*pro hac vice*)
EDWARDS ANGELL PALMER &
DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0100
(617) 227-4420 (Fax)
scowley@eapdlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 23th, 2007, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Heather A. Pierce