UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE SPECTRUM CAPITAL GROUP, LLC<br><br>Plaintiff,<br><br>v.<br><br>LUCOR, INC.<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-075ML |

**DISMISSAL STIPULATION**

The parties to the above-referenced action, by and through the undersigned counsel, hereby agree and stipulate that the above-captioned action be dismissed, without prejudice, with each party to bear its own attorneys' fees and costs.

THE SPECTRUM CAPITAL GROUP, LLC

By its Attorneys,

/s/ Heather A. Pierce
Heather A. Pierce (#7345)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
hpierce@eapdlaw.com

and

Steven M. Cowley (*pro hac vice*)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0100
(617) 227-4420 (Fax)
scowley@eapdlaw.com

LUCOR, INC.

By its Attorneys,

/s/ Charles S. Beal
Charles S. Beal (#5559)
Beal Law, LLC
55 Pine Street – Suite 400
Providence, RI 02903
(401) 270-6200
(401) 490-0117 (Fax)
cbeal@beallawllc.com

and

Denise Smith Cline (*pro hac vice*)
SMITH MOORE LLP
2800 Two Hannover Square (Zip 27601)
Post Office Box 27525
Raleigh, NC 27611

Dated: September 15, 2008